# United States Court of Appeals for the Fifth Circuit

---

No. 25-40345
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 27, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Stanley Selon,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CR-58-1

---

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Stanley Selon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Selon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40345

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.